Hearing Date:"L942"43."4233
Hearing Time:"32-52"c0"0
Location: 219 S. Dearborn St., Courtroom"864
  Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                 §""""""""Ej cr vgt"9
                                       §
DWEBZ CORP                             §      Case No. 09-26367
                                       §
                    Debtor    """"§""""""""J qp0"Uwucp"Rkgtuqp"Uqpf gtd{

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

                 Funds were disbursed in the following amounts:

                 Payments made under an interim
                 disbursement
                 Administrative expenses
                 Other payments to creditors
                 Non-estate funds paid to 3rd Parties
                 Exemptions paid to the debtor
                 Other payments to the debtor

                 Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          $^{*}$, for a total compensation of $            $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee _____
                                                         Trustee

  **Trustee voluntarily agrees to subordinate his fees to pay a distribution equal to 15% of priority tax claims filed as of 3/1/11

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 09-26367 | SPS | Judge: Susan Pierson Sonderby |
|---|---|---|---|
| Case Name: | DWEBZ CORP | | |

For Period Ending:  04/26/11

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 07/21/09 (f) |
| 341(a) Meeting Date: | 08/28/09 |
| Claims Bar Date: | 01/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. In Cash Register | 300.00 | 0.00 | | 0.00 | FA |
| No cash found in cash register | | | | | |
| 2. Capital World, Inc. | 12,000.00 | 0.00 | | 0.00 | FA |
| Lease security deposit subject to set off for unpaid rent | | | | | |
| 3. Design Art in the form of a "Key" | 3,000.00 | 0.00 | | 0.00 | FA |
| resale value unknown- included in internet auction | | | | | |
| 4. Commercial Insurance Policy # 93-WU-5481-7 | 1.00 | 0.00 | | 0.00 | FA |
| policy cancelled | | | | | |
| 5. Dr. Krnic and other bad debts | 1,500.00 | 0.00 | | 0.00 | FA |
| debts uncollectible | | | | | |
| 6. Two Computers, | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Shelving, Drawers, etc. | 12,000.00 | 0.00 | | 0.00 | FA |
| Fixtures being sold as part of internet auction | | | | | |
| 8. Various Retail Items as Listed in Exhibit A: Items | 112,000.00 | Unknown | | 12,944.88 | FA |
| Trustee sold inventory through internet sales pursuant to court order | | | | | |
| 9. Website locations: http://www.dWebzServices.com ht | 1.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.12 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $142,302.00 | $0.00 | | $12,946.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained Chicago Liquidators to conduct an ongoing internet auction of the Debtor's inventory; all inventory has

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

Case No:        09-26367    SPS    Judge: Susan Pierson Sonderby

Case Name:      DWEBZ CORP

Trustee Name:                   Joseph A. Baldi, Trustee

Date Filed (f) or Converted (c):   07/21/09 (f)

341(a) Meeting Date:            08/28/09

Claims Bar Date:                01/13/10

been sold; Trustee retained accountant to prepare estate tax returns; Trustee has reviewed claims; tax returns have

been prepared,

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 12/31/10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-26367 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | DWEBZ CORP | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6419  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0416 | | | |
| For Period Ending: | 04/26/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/10 | 8 | CHICAGO LIQUIDATORS SERVICES, INC. | Internet Auction Proceeds | | 5,878.31 | | 5,878.31 |
| | | 1830 N. Besly Court | | | | | |
| | | Chicago, IL 60622 | | | | | |
| | | | Memo Amount:      (      6,341.57 ) | 3630-000 | | | |
| | | | Internet AuctioneerCommission | | | | |
| | | | Memo Amount:      (      725.00 ) | 3640-000 | | | |
| | | | Internet Auctioneer Expeness | | | | |
| | | | Memo Amount:      12,944.88 | 1129-000 | | | |
| | | | SALE OF PERSONAL PROPERTY | | | | |
| 07/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,878.45 |
| 08/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,878.60 |
| 09/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,878.74 |
| 10/29/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,878.88 |
| 11/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,879.03 |
| 12/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,879.18 |
| 01/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,879.33 |
| 02/28/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,879.38 |
| 03/16/11 | | Transfer to Acct #*******6849 | Bank Funds Transfer | 9999-000 | | 8.17 | 5,871.21 |
| 03/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,871.26 |

Page:   2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-26367  -SPS |
| Case Name: | DWEBZ CORP |
| Taxpayer ID No: | *******0416 |
| For Period Ending: | 04/26/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6419  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Account  *******6419 | Balance Forward | | 0.00 | | |
| | | 1 | Deposits | | 5,878.31 | 0 Checks | 0.00 |
| | | 9 | Interest Postings | | 1.12 | 0 Adjustments Out | 0.00 |
| | | | | | | 1 Transfers Out | 8.17 |
| | | | Subtotal | | $ 5,879.43 | | |
| | | | | | | Total | $ 8.17 |
| | | 0 | Adjustments In | | 0.00 | | |
| | | 0 | Transfers In | | 0.00 | | |
| | | | Total | | $ 5,879.43 | | |

| | |
|---|---|
| Memo Allocation Receipts: | 12,944.88 |
| Memo Allocation Disbursements: | 7,066.57 |
| Memo Allocation Net: | 5,878.31 |

**UST Form 101-7-TFR (10/1/2010)** *(Page: 6)*

Ver: 16.02b

LFORM2T4

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-26367 -SPS | |
| Case Name: | DWEBZ CORP | |

| | |
|---|---|
| Taxpayer ID No: | *******0416 |
| For Period Ending: | 04/26/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6849  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6419 | Bank Funds Transfer | 9999-000 | 8.17 | | 8.17 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | 2300-000 | | 8.17 | 0.00 |
| | | 701 Poydras Street  #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| Account  *******6849 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 1 | Checks | 8.17 |
| 0 | Deposits | 0.00 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 8.17 |
| 1 | Transfers In | 8.17 | | | |
| | Total | $ 8.17 | | | |

| | |
|---|---|
| Total Allocation Receipts: | 12,944.88 |
| Total Allocation Disbursements: | 7,066.57 |
| Total Memo Allocation Net: | 5,878.31 |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 1 | Checks | 8.17 |
| 1 | Deposits | 5,878.31 | 0 | Adjustments Out | 0.00 |
| 9 | Interest Postings | 1.12 | 1 | Transfers Out | 8.17 |
| | Subtotal | $ 5,879.43 | | Total | $ 16.34 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 8.17 | | | |
| | Total | $ 5,887.60 | Net Total Balance | $ 5,871.26 |

**UST Form 101-7-TFR (10/1/2010)** *(Page: 7)*

LFORM2T4

Ver: 16.02b

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 09-26367 | | Page 1 | | | Date: April 26, 2011 |
| Debtor Name: | DWEBZ CORP | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3420-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | | $0.00 | $5.50 | $5.50 |
| 001<br>3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | | $0.00 | $1,002.50 | $1,002.50 |
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $3,344.50 | $3,344.50 |
| 001<br>3120-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $39.52 | $39.52 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $8.17 | $8.17 |
| 000004B<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | 2007 business income tax<br>--Trustee voluntarily subordinated his claim to pay the priority tax creditors a 15%<br>distribution of claims filed as of 3/1/11 | $1.00 | $1,665.73 | $249.86 |
| 000005B<br>058<br>5800-00 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | (5-1) Unemployment tax<br>--Trustee voluntarily subordinated his claim to pay the priority tax creditors a 15%<br>distribution of claims filed as of 3/1/11 | $0.00 | $222.60 | $33.39 |
| 059<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | Trustee voluntarily subordinated its claim to pay the priorty tax creditors a distribution<br>equal to 15% of claims filed as of 3/1/11 | $0.00 | $2,044.60 | $2,044.60 |
| 000001<br>070<br>7100-00 | American Express Travel Related<br>Services<br>Co, Inc Corp Card<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (1-1) CREDIT CARD DEBT | $8,000.00 | $603.38 | $603.38 |
| 000002<br>070<br>7100-00 | Tokidoki, LLC<br>5655 W. Adams Blvd.<br>Los Angeles, CA 90016 | Unsecured | | $1.00 | $2,794.00 | $2,794.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-26367 | | Page 2 | | Date: April 26, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | DWEBZ CORP | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003<br>070<br>7100-00 | One Distribution Company, LLC<br>3233 West Harvard St.<br>Santa Ana, CA 92704 | Unsecured | | $2,000.00 | $2,672.49 | $2,672.49 |
| 000004A<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $196.99 | $196.99 |
| 000005A<br>070<br>7100-00 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured<br>(5-1) Unemployment tax | | $0.00 | $50.00 | $50.00 |
| | Case Totals: | | | $10,002.00 | $14,649.98 | $13,044.90 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-26367
Case Name: DWEBZ CORP
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ | $ | $ |
| Accountant for Trustee Expenses: Popowcer Katten, Ltd | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Baldi Berg & Wallace, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ *must be paid in advance of any dividend to general (unsecured) creditors.

*Trustee voluntarily agreed to subordinate his fees to pay a distribution equal to 15% of priority tax claims filed as of 3/1/11

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Illinois Department of Revenue | $ | $ | $ |
| 000005B | Illinois Department of Employment Security | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                               $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Travel Related Services | $ | $ | $ |
| 000002 | Tokidoki, LLC | $ | $ | $ |
| 000003 | One Distribution Company, LLC | $ | $ | $ |
| 000004A | Illinois Department of Revenue | $ | $ | $ |
| 000005A | Illinois Department of Employment Security | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE