Hearing Date: June 21, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 642
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| DWEBZ CORP | § | Case No. 09-26367 |
| | § | |
| Debtor(s) | § | Hon. Susan Pierson Sonderby |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn, 7th Floor
   Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

   10:30 a.m.
   on Tuesday, June 21, 2011
   in Courtroom 642, U.S. Courthouse
   219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                                Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DWEBZ CORP § Case No. 09-26367
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,946.00 |
| and approved disbursements of | $ | 7,074.74 |
| leaving a balance on hand of[1] | $ | 5,871.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 2,044.60 | $ 0.00 | $ 1,195.99 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 39.52 | $ 0.00 | $ 39.52 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 1,002.50 | $ 0.00 | $ 1,002.50 |
| Accountant for Trustee Expenses: Popowcer Katten, Ltd | $ 5.50 | $ 0.00 | $ 5.50 |
| Other: International Sureties | $ 8.17 | $ 8.17 | $ 0.00 |
| Other: Baldi Berg & Wallace, Ltd. | $ 3,344.50 | $ 0.00 | $ 3,344.50 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,588.01 |
| Remaining Balance | $ | 283.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 283.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Illinois Department of Revenue | $ 249.86 | $ 0.00 | $ 249.86 |
| 000005B | Illinois Department of Employment Security | $ 33.39 | $ 0.00 | $ 33.39 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 283.25 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,316.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Travel Related Services | $ 603.38 | $ 0.00 | $ 0.00 |
| 000002 | Tokidoki, LLC | $ 2,794.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | One Distribution Company, LLC | $ 2,672.49 | $ 0.00 | $ 0.00 |
| 000004A | Illinois Department of Revenue | $ 196.99 | $ 0.00 | $ 0.00 |
| 000005A | Illinois Department of Employment Security | $ 50.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $        0.00

Remaining Balance     $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                      Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                       Case No. 09-26367-SPS
Dwebz Corp                                                                   Chapter 7
       Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 2                  Date Rcvd: May 19, 2011
                              Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2011.
db           +Dwebz Corp,    2555 West Catalpa Avenue,    Apartment 5C,   Chicago, IL 60625-2678
aty           David C. Nelson,    NLO Nelson Law Office,    53 West Jackson Boulevard,   Suite 1028,
               Chicago, IL 60604-3648
aty          +Joseph A Baldi,    Baldi Berg & Wallace, Ltd.,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
14188402     +ADDR.COM,   1608 W. Campbell Ave.,    Suite 368,   Campbell, CA 95008-1535
14188403      American Express,    Box 0001,   Los Angeles, CA 90096-0001
14609606      American Express Travel Related Services,    Co, Inc Corp Card,    POB 3001,
               Malvern, PA 19355-0701
14188404      Assoc/Citi,    Credit Bureau Disp,   Sioux Falls, SD 57117
14188405      BANKRUPTCY SECTION,    ILLINOIS DEPARTMENT OF REVENUE,    PO BOX 64338,   Chicago, IL 60664-0338
14188407      Capital Business Credit LLC,    P.O. Box 100895,   Atlanta, GA 30384-4174
14188410     +Capital World, Inc.,    661 West Lake,   Suite 2 S,   Chicago, IL 60661-1034
14188409     +Capital World, Inc.,    c/o Atty Sean Mulroney,    661 West Lake,   Suite 2 S,
               Chicago, IL 60661-1034
14188411     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14188412     +Creative Recreation,    9000 Sunset Blvd, Suite 1200,   West Hollywood, CA 90069-5812
14188414      DKE Inc.,    8568 Walnut Drive,   Los Angeles, CA 90046-1950
14188416     +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
14188417     +First Capital,    565 5th Ave.,   New York, NY 10017-2413
14188419     +Hsbc/Bstby,    1405 Foulk Road,   Wilmington, DE 19803-2769
14188420     +Hsbc/Bstby,    Pob 15521,   Wilmington, DE 19850-5521
14188421     +I Sachs Sons, Inc.,    637 W. Roosevelt Road,    Chicago, IL 60607-4911
15440136     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14929591      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL  60664-0338
14188422      Internal Revenue Service/ACS Crrspd,    Stop P-4 5050,    P.O. Box 21936,
               Kansas City, MO 64121-9236
14188423     +International News,    19226 70th Ave. S,   Kent, WA 98032-2167
14188424     +Jessica Uzarraga,    2555 West Catalpa,   Apartment 5C,    Chicago, IL 60625-2678
14188425     +Mimoco,    119 Braintree St., Suite #106,   Boston, MA 02134-1610
14188426     +One Distribution Company, LLC,    3233 West Harvard St.,    Santa Ana, CA 92704-3917
14188427     +P.B. Footwear USA, LLC,    3333 New Hyde Park Road, Suite 212,    New Hyde Park, NY 11042-1205
14188429      PF Flyer,    PO Box 31978,   Hartford, CT 06150-1978
14188428     +Pacific Standard, LLC,    1140 Broadway, Loft 804,    New York, NY 10001-7693
14188430     +Portage Worldwide, Inc.,    110 Greene Street, Suite 407,    New York, NY 10012-3838
14188431     +Pretty Ugly, LLC,    45 Fernwood Avenue,   Edison, NJ 08837-3848
14188432     +Reebok International Ltd.,    685 Cedar Crest Road,    Spartanburg, SC 29301-5171
14188433     +Sedgwick & Cedar,    1205 Boston Post Rd., Unit 4,    Guilford, CT 06437-2474
14188434     +Shawnimals,    2010 W. Fulton St., Ste 258,   Chicago, IL 60612-2359
14188435     +Squibbles Ink, Inc.,    1953 W. Chicago Ave.,    Chicago, IL 60622-5541
14188436     +Strangeco,    1173 Sutter Street,   San Francisco, CA 94109-5604
14188437     +SubCulture Distribution,    1427 27th Avenue,    Astoria, NY 11102-4117
14188438     +Target N.B.,    Po Box 673,   Minneapolis, MN 55440-0673
14188439     +Tokidoki, LLC,    5655 W. Adams Blvd.,   Los Angeles, CA 90016-2525
14188441     +Toynami, Inc.,    16604 Arminta Street,   Van Nuys, CA 91406-1610
14188442     +Upper Playground,    1661 Tennessee Street, 3F,    San Francisco, CA 94107-3578
14188444      Wells Fargo Trade Capital,    P.O. Box 360286,    Pittsburgh, PA 15250-6286
14188445     +Yelp, Inc.,    Attn: Accounts Payable,   706 Mission St. 7th Floor,
               San Francisco, CA 94103-3167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: bergtrustee@baldiberg.com May 20 2011 11:30:48     Elizabeth C Berg,
               Baldi Berg & Wallace,    19 S Lasalle Street, , Suite 1500,   Chicago, IL 60603-1413
14188413      E-mail/PDF: mrdiscen@discoverfinancial.com May 20 2011 11:46:02     Discover Fin,    Pob 15316,
               Wilmington, DE 19850
14188443     +E-mail/Text: Prematie.Fleming@wellsfargo.com May 20 2011 11:30:48     Wells Fargo Trade Capital,
               119 West 40th Street,    New York, NY 10018-2500
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
14188408*     Capital Business Credit LLC,    P.O. Box 100895,   Atlanta, GA 30384-4174
14188418*    +First Capital,    565 5th Ave.,   New York, NY 10017-2413
14188440*    +Tokidoki, LLC,    5655 W. Adams Blvd.,   Los Angeles, CA 90016-2525
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 2               Date Rcvd: May 19, 2011
                              Form ID: pdf006            Total Noticed: 47
```

14188406    ##+Buddhapparel,    PO Box 10935,    Oakland, CA 94610-0935
14188415    ##+Empire Skateboard Distribution Co.,    20919 Cabot Blvd.,    Hayward, CA 94545-1155
                                                                                         TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2011**                    **Signature:**    _Joseph Speetjens_