# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
DWEBZ CORP                                §        Case No. 09-26367
                                          §
       Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee _____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Business Credit LLC P.O. Box 100895 Atlanta, GA 30384-4174 | | | | | |
| | First Capital 565 5th Ave. New York, NY 10017 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jessica Uzarraga 2555 West Catalpa Apartment 5C Chicago, IL 60625 | | | | | |
| | Tokidoki, LLC 5655 W. Adams Blvd. Los Angeles, CA 90016 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| Internet AuctioneerCommission | | | | | |
| Internet Auctioneer Expeness | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service/ACS Crrspd Stop P-4 5050 P.O. Box 21936 Kansas City, MO 64121-9236 | | | | | |
| 000005B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000004B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADDR.COM 1608 W. Campbell Ave. Suite 368 Campbell, CA 95008 | | | | | |
| | Assoc/Citi Credit Bureau Disp Sioux Falls, SD 57117 | | | | | |
| | Buddhapparel PO Box 10935 Oakland, CA 94610 | | | | | |
| | Capital Business Credit LLC P.O. Box 100895 Atlanta, GA 30384-4174 | | | | | |
| | Capital World, Inc. 2316 North Lincoln Avenue Chicago, IL 60614 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Creative Recreation 9000 Sunset Blvd, Suite 1200 West Hollywood, CA 90069 | | | | | |
| | DKE Inc. 8568 Walnut Drive Los Angeles, CA 90046-1950 | | | | | |
| | Discover Fin Pob 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Empire Skateboard Distribution Co. 20919 Cabot Blvd. Hayward, CA 94545 | | | | | |
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45263 | | | | | |
| | First Capital 565 5th Ave. New York, NY 10017 | | | | | |
| | Hsbc/Bstby 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Hsbc/Bstby Pob 15521 Wilmington, DE 19805 | | | | | |
| | I Sachs Sons, Inc. 637 W. Roosevelt Road Chicago, IL 60607 | | | | | |
| | International News 19226 70th Ave. S Kent, WA 98032 | | | | | |
| | Mimoco 119 Braintree St., Suite #106 Boston, MA 02134 | | | | | |
| | P.B. Footwear USA, LLC 3333 New Hyde Park Road, Suite 212 New Hyde Park, NY 11042 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PF Flyer PO Box 31978 Hartford, CT 06150-1978 | | | | | |
| | Pacific Standard, LLC 1140 Broadway, Loft 804 New York, NY 10001 | | | | | |
| | Portage Worldwide, Inc. 110 Greene Street, Suite 407 New York, NY 10012 | | | | | |
| | Pretty Ugly, LLC 45 Fernwood Avenue Edison, NJ 08837 | | | | | |
| | Reebok International Ltd. 685 Cedar Crest Road Spartanburg, SC 29301 | | | | | |
| | Sedgwick & Cedar 1205 Boston Post Rd., Unit 4 Guilford, CT 06437 | | | | | |
| | Shawnimals 2010 W. Fulton St., Ste 258 Chicago, IL 60612 | | | | | |
| | Squibbles Ink, Inc. 1953 W. Chicago Ave. Chicago, IL 60622 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Strangeco 1173 Sutter Street San Francisco, CA 94109 | | | | | |
| | SubCulture Distribution 1427 27th Avenue Astoria, NY 11102 | | | | | |
| | Target N.B. Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Toynami, Inc. 16604 Arminta Street Van Nuys, CA 91406 | | | | | |
| | Upper Playground 1661 Tennessee Street, 3F San Francisco, CA 94107 | | | | | |
| | Wells Fargo Trade Capital 119 West 40th Street New York, NY 10018 | | | | | |
| | Yelp, Inc. Attn: Accounts Payable 706 Mission St. 7th Floor San Francisco, CA 94103 | | | | | |
| 000001 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000005A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003 | ONE DISTRIBUTION COMPANY, LLC | | | | | |
| 000002 | TOKIDOKI, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 09-26367 | SPS | Judge: Susan Pierson Sonderby |
| Case Name: | DWEBZ CORP | | |

For Period Ending: 08/17/11

| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 07/21/09 (f) |
| 341(a) Meeting Date: | 08/28/09 |
| Claims Bar Date: | 01/13/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | In Cash Register<br>No cash found in cash register | 300.00 | 0.00 | | 0.00 | FA |
| 2. | Capital World, Inc.<br>Lease security deposit subject to set off for unpaid rent | 12,000.00 | 0.00 | | 0.00 | FA |
| 3. | Design Art in the form of a "Key"<br>resale value unknown- included in internet auction | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. | Commercial Insurance Policy # 93-WU-5481-7<br>policy cancelled | 1.00 | 0.00 | | 0.00 | FA |
| 5. | Dr. Krnic and other bad debts<br>debts uncollectible | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. | Two Computers, | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. | Shelving, Drawers, etc.<br>Fixtures being sold as part of internet auction | 12,000.00 | 0.00 | | 0.00 | FA |
| 8. | Various Retail Items as Listed in Exhibit A: Items<br>Trustee sold inventory through internet sales pursuant to court order | 112,000.00 | Unknown | | 12,944.88 | FA |
| 9. | Website locations: http://www.dWebzServices.com ht | 1.00 | 0.00 | | 0.00 | FA |
| 10. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.25 | Unknown |

| | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | | $142,302.00 | $0.00 | | $12,946.13 | $0.00 |
| | | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained Chicago Liquidators to conduct an ongoing internet auction of the Debtor's inventory; all inventory has

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 09-26367   SPS   Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | DWEBZ CORP | Date Filed (f) or Converted (c): | 07/21/09 (f) |
| | | 341(a) Meeting Date: | 08/28/09 |
| | | Claims Bar Date: | 01/13/10 |

been sold; Trustee retained accountant to prepare estate tax returns; Trustee has reviewed claims; tax returns have

been prepared; TFR filed

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 12/31/10

Page:   1

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-26367  -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | DWEBZ CORP | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6419  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0416 | | | |
| For Period Ending: | 08/17/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/28/10 | 8 | CHICAGO LIQUIDATORS SERVICES, INC. 1830 N. Besly Court Chicago, IL 60622 | Internet Auction Proceeds | 5,878.31 | | | | | 5,878.31 |
| | | | Memo Amount:     (       6,341.57 ) Internet AuctioneerCommission Memo Amount:     (       725.00 ) Internet Auctioneer Expeness Memo Amount:       12,944.88 SALE OF PERSONAL PROPERTY | | | | | | |
| 07/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | | 0.14 | | | | 5,878.45 |
| 08/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | | 0.15 | | | | 5,878.60 |
| 09/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | | 0.14 | | | | 5,878.74 |
| 10/29/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | | 0.14 | | | | 5,878.88 |
| 11/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | | 0.15 | | | | 5,879.03 |
| 12/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | | 0.15 | | | | 5,879.18 |
| 01/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.030 | | 0.15 | | | | 5,879.33 |
| 02/28/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 5,879.38 |
| 03/16/11 | | Transfer to Acct #*******6849 | Bank Funds Transfer | | | | | -8.17 | 5,871.21 |
| 03/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 5,871.26 |
| 04/29/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 5,871.31 |
| 05/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 5,871.36 |
| 06/22/11 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.03 | | | | 5,871.39 |
| 06/22/11 | | Transfer to Acct #*******6849 | Final Posting Transfer For Final Distribution | | | | | -5,871.39 | 0.00 |

FORM 2                                                                 Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                      Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-26367 -SPS | |
| Case Name: | DWEBZ CORP | |
| | | |
| Taxpayer ID No: | *******0416 | |
| For Period Ending: | 08/17/11 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6419  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|                              |           |
|------------------------------|-----------|
| Memo Allocation Receipts:    | 12,944.88 |
| Memo Allocation Disbursements: | 7,066.57 |
|                              |           |
| Memo Allocation Net:         | 5,878.31  |

| Account   *******6419 | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 | Deposits | 5,878.31 | |
| 12 | Interest Postings | 1.25 | |
| | | | |
| | Subtotal | $   5,879.56 | |
| | | | |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | | | |
| | Total | $   5,879.56 | |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 2 | Transfers Out | 5,879.56 |
| | | |
| | Total | $   5,879.56 |

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-26367 -SPS | |
| Case Name: | DWEBZ CORP | |
| | | |
| Taxpayer ID No: | *******0416 | |
| For Period Ending: | 08/17/11 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6849  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6419 | Bank Funds Transfer | | | | | 8.17 | 8.17 |
| 03/16/11 | 001001 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium | | | 8.17 | | | 0.00 |
| 06/22/11 | | Transfer from Acct #*******6419 | Transfer In From MMA Account<br>For Final Distribution | | | | | 5,871.39 | 5,871.39 |
| 06/22/11 | 001002 | Popower Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il  60601-2207 | Accountant for Trustee Fees (Other | | | 1,002.50 | | | 4,868.89 |
| 06/22/11 | 001003 | Popower Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il  60601-2207 | Accountant for Trustee Expenses (Ot | | | 5.50 | | | 4,863.39 |
| 06/22/11 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 3,344.50 | | | 1,518.89 |
| 06/22/11 | 001005 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Expenses (Trus | | | 39.52 | | | 1,479.37 |
| 06/22/11 | 001006 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | | | 1,196.12 | | | 283.25 |
| 06/22/11 | 001007 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000004B, Payment 100.00% | | | 249.86 | | | 33.39 |
| 06/22/11 | 001008 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Claim 000005B, Payment 100.00% | | | 33.39 | | | 0.00 |

FORM 2                                                        Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26367 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | DWEBZ CORP | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6849  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0416 | | | |
| For Period Ending: | 08/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Attn: Bankruptcy Unit - 10th flr. | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | | | |
| Memo Allocation Disbursements: | 0.00 | | | | |
| Memo Allocation Net: | 0.00 | | | | |

| Account  *******6849 | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 8  Checks | 5,879.56 |
| 0 | Interest Postings | 0.00 | 0  Adjustments Out | 0.00 |
| | | | 0  Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | |
| 0 | Adjustments In | 0.00 | Total | $ 5,879.56 |
| 2 | Transfers In | 5,879.56 | |
| | Total | $ 5,879.56 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 12,944.88 | | | | |
| Total Allocation Disbursements: | 7,066.57 | | | | |
| Total Memo Allocation Net: | 5,878.31 | | | | |

| Report Totals | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 | Deposits | 5,878.31 | 8 Checks | 5,879.56 |
| 12 | Interest Postings | 1.25 | 0 Adjustments Out | 0.00 |
| | | | 2 Transfers Out | 5,879.56 |
| | Subtotal | $ 5,879.56 | |
| 0 | Adjustments In | 0.00 | Total | $ 11,759.12 |
| 2 | Transfers In | 5,879.56 | |
| | Total | $ 11,759.12 | Net Total Balance | $ 0.00 |